IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| INTERNATIONAL INFORMATION SYSTEMS SECURITY CERTIFICATIONS CONSORTIUM | : : : : | |
| Plaintiff, | : : | Case No.: |
| v. | : : | Judge |
| MIKO DEGRAPHENREED, ET AL. | : : | Magistrate Judge |
| Defendants. | : | |

**AFFIDAVIT OF DORSEY W. MORROW, JR., ESQ. IN SUPPORT OF PLAINTIFF INTERNATIONAL INFORMATION SYSTEMS SECURITY CERTIFICATION CONSORTIUM'S MOTION FOR A TEMPORARY <u>RESTRAINING ORDER AND PRELIMINARY INJUNCTION</u>**

STATE OF ALABAMA          )
                          )ss:
COUNTY OF MONTGOMERY      )

Dorsey W. Morrow, Jr., Esq., being first duly sworn, states as follows:

1. I am over 18 years of age and I am competent to testify to the matters set forth herein from my personal knowledge.

2. I am the General Counsel of Plaintiff International Information Systems Security Consortium ("(ISC)$^2$").

3. (ISC)$^2$ is a Massachusetts non-profit corporation with its principal place of business and corporate offices all located in Palm Harbor, Florida, which is in Pinellas County.



RECEIVED
NOV 1 6 2007

4. (ISC)² was formed in 1989 to develop an accepted industry standard for the information security practice.

5. (ISC)² is the non-profit leader in educating and certifying information security professionals throughout the world.

6. (ISC)² administers a Certified Information Systems Security Professional certification, which is signified by the acronym "CISSP®".

7. (ISC)² owns U.S. Federal Registration No. 2,045,256 for "CISSP®", which issued March 18, 1997 and was renewed on April 28, 2007.

8. (ISC)² currently has 55,000 certified information security professional members in more than 120 countries.

9. (ISC)² first awarded the "CISSP®" certification to qualified individuals in 1994.

10. Before launching its "CISSP®" accreditation program, (ISC)² laid extensive groundwork by compiling and distilling an overwhelming compendium of information to form the basis for the examination. (ISC)² tested and re-tested the proposed "CISSP®" exam to ensure the highest quality evaluation of an applicant's knowledge and skills.

11. (ISC)² continues to improve its "CISSP®" exam to adapt to changing technologies and business security needs.

12. (ISC)² protects the integrity of its "CISSP®" mark by requiring high standards for applicants and certified individuals. Applicants for the "CISSP®" exam must have a minimum of five years of prior experience in two of the domains covered by the exam. Applicants must also pledge to obey the (ISC)² Code of Ethics. Once certified

as a "CISSP®", an individual must earn 120 hours of Continuing Professional Education credits every three years and pay an annual maintenance fee.

13.  Due to the quality of (ISC)²'s program and efforts to improve and safeguard its mark, "CISSP®" has become a widely recognized and highly-valued credential in the information technology and security field.

14.  The "CISSP®" certification was the first credential accredited by the American National Standards Institute ("ANSI") as meeting the International Organization for Standardization ("ISO") Standard 17024:2003 in the field of information security. Accreditation by the ANSI requires (ISC)² to diligently maintain high international testing and certification standards. Surveys of the information technology and security field report that holders of the "CISSP®" certification are highly-regarded and among the best-paid professionals in the field.

15.  In the years since 1994, (ISC)² has developed other certifications, many of which are signified by registered marks. These certifications include Information Systems Security Architecture Professional ("ISSAP®"), Information Systems Security Management Professional ("ISSMP®"), and Systems Security Certified Practitioner ("SSCP®").

16.  (ISC)²'s broad clientele includes esteemed organizations, such as Scotland Yard, Interpol, Deloitte, Microsoft, the United States Department of Justice, the United States Department of Defense, as well as government agencies in Singapore, Japan, and China. (ISC)²'s registered marks are a signature element of its accreditation programs, and protecting the integrity of these marks is vital to (ISC)²'s business interests.

17. Defendant Miko Degraphenreed was certified as a "CISSP®" on July 9, 2003. Degraphenreed's "CISSP®" certification lapsed on July 9, 2006 because he failed to abide by the Code of Ethics, submit his Continuing Professional Education credits, and pay his annual maintenance fees.

18. Defendant Degraphenreed recently adopted and began using the title "Chief Information Systems Security Practitioner", abbreviated as "CISSP", on various Internet sites purportedly utilized for commercial or promotional purposes. Upon information and belief, Degraphenreed or DISS Corp. maintain the following websites containing content that infringes on (ISC)²'s registered mark: http://mikodegraphenreedcissp.blogspot.com, http://www-v2.blogspot.com, http://degrapm.blogspot.com, http://cissplist.blogspot.com, http://degrapmd.blogspot.com, http://mikodegraphenreed.blogspot.com, and Yahoo! Groups titled "cissp-MikoD", "degrapm", "cissp-humour-impaired", "cissp-clueless", and "cissp-censorship". Defendants Degraphenreed and DISS Corp. employ this modified version of (ISC)²'s registered mark with full knowledge of, and disregard to, (ISC)²'s use of and rights in its "CISSP®" mark. Defendant Degraphenreed also maintains a copy of (ISC)²'s official "CISSP®" logo on an Internet photography hosting site, located at http://www.flickr.com/photos/degrapm. Screenshots of the Blogger and Flickr websites are attached hereto as Exhibits A-H.

19. With the exception of the Yahoo! Groups and Flickr website, the websites containing infringing material are published on the Internet through a service called "Blogger."

20. At various times on or after the lapse of his "CISSP®" certification,

4

Degraphenreed made Internet postings referring to himself as a "Chief Information Systems Security Practitioner" or "CISSP".

21. On October 23, 2006, I notified Degraphenreed on behalf of (ISC)² that his actions infringed on (ISC)²'s federally registered trademarks and requested that he cease any and all infringing activity.

22. On December 21, 2006, outside counsel for (ISC)² informed Degraphenreed that his use of "Chief Information Systems Security Practitioner" and "CISSP" was a continuing infringement of (ISC)²'s federally-registered mark. (ISC)² objected to Degraphenreed's activities and directed him to immediately cease and desist use of its mark.

23. After receiving this cease and desist letter, Degraphenreed continued to maintain Internet sites and make new Internet postings referring to himself as a "Chief Information Systems Security Practitioner" or "CISSP".

24. On August 16, 2007, (ISC)², through outside counsel, contacted Google and requested that the infringing material be removed from the Internet. Defendant Google responded by directing (ISC)² to contact the author of the infringing material.

25. On September 11, 2007, (ISC)² sent a final cease and desist letter to Degraphenreed via certified mail. This letter was returned to (ISC)²'s counsel as unclaimed at the last known address for Degraphenreed.

26. On November 8, and November 14, 2007, (ISC)², through counsel, contacted Yahoo and requested that the infringing material be removed from the Internet. Defendant Yahoo responded by removing some of the infringing material. As of the date of this Affidavit, however, certain portions of the infringing material remain.

Further affiant sayeth naught.

_____
Dorsey W. Morrow, Jr., Esq.

Sworn to before me and subscribed in my presence this 15th day of November, 2007

_____
Notary Public

My commission expires 8-4-08

EXHIBIT A – Screenshot of http://mikodegraphenreedcissp.blogspot.com





EXHIBIT B – Screenshot of http://www-v2.blogspot.com



EXHIBIT C – Screenshot of http://degrapm.blogspot.com



EXHIBIT D – Screenshot of http://cissplist.blogspot.com





EXHIBIT F – Screenshot of http://degrapmd.blogspot.com (middle of page, showing "CISSP®" logo)



EXHIBIT G – Screenshot of http://mikodegraphenreed.blogspot.com

**miko_degraphenreed**

**About Me**

**Name:** Miko Degraphenreed

View my complete profile

**Links**
Google News
Edit-Me
Edit-Me

**archives**
July 2006

Saturday, July 22, 2006

**COMON MIKO**

Business Start Date: 02/01/1999
DUNS: 168790561
Legal Business Name: DEGRAPHEINREAD INFORMATION SYSTEMS SECURITY
Doing Business As (DBA): MYKO INFORMATION SYSTEMS, INC.
Physical Street Address 1: 3502 EAST 39TH STREET
Physical Street Address 2:
Physical City: INDIANAPOLIS
Physical State: IN
Physical Zip/Postal Code: 46205-3304
Physical Country: USA
Type of Organization
Corporate Entity, Not Tax Exempt
(State of Incorporation Is OH)

Business Types/Grants
23 - Minority Owned Business
77 - Service Provider
95 - Research and Development
A5 - Veteran Owned Business
OY - Black American Owned
QF - Service Disabled Veteran Owned Business
VW - Contracts and Grants

JWOD Non-Profit Agency
No



EXHIBIT H – Screenshot of http://www.flickr.com/photos/degrapm