IN THE UNITED STATES DISTRICT COURT FOR
FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL INFORMATION SYSTEMS SECURITY CERTIFICATIONS CONSORTIUM, | : <br> : <br> : Case No. 2:07-cv-1195 <br> : |
| Plaintiff, | : Judge　JUDGE MARBLEY <br> : |
| vs. | : Magistrate Judge　MAGISTRATE JUDGE KING <br> : |
| MIKO DEGRAPHENREED, et al. | : <br> : |
| Defendant. | : |

FILED
JAMES BONINI
CLERK
2007 NOV 16　P 3: 48
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

**PLAINTIFF, INTERNATIONAL INFORMATION SYSTEMS SECURITY CERTIFICATIONS CONSORTIUM'S, CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1.1 of the Federal Rules of Civil Procedure, any non-governmental corporate party to a proceeding must file a statement identifying "any parent" and "any publicly held corporation that owns 10% or more of its stock" or state that there is no such corporation. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

　　International Information Systems Security Certifications Consortium

1.　Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

　　__X__ Yes　　_____ No

If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

International Information Systems Security Certifications Consortium has two foreign subsidiaries: International Information Systems Security Certification Consortium Limited of the United Kingdom and International Information Systems Security Certification Consortium Limited of Hong Kong

2.　Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? _____ Yes　__X__ No.

If the answer is Yes, list the identity of such corporation and the nature of the financial interest: NA

_____　　___November 16, 2007___
Craig R. Carlson (0055415)　　　　　(Date)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Corporate Disclosure Statement of Plaintiff International Information Systems Security Certifications Consortium was served on November 16, 2007 by overnight U.S. mail, facsimile, or electronic mail on the parties whose names and addresses are listed below:

Kent Walker, Esq.
Vice President & General Counsel
Google, Inc.
Corporate Counsel's Office
1600 Amphitheatre Parkway
Mountain View, CA 94043

Michael J. Callahan, Esq.
Executive Vice President, General Counsel and Secretary
Yahoo! Inc.
701 First Avenue
Sunnyvale, CA 94089

_____
Craig R. Carlson