IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

FILED
JAMES BONINI
CLERK

2007 NOV 16 P 3:48

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| INTERNATIONAL INFORMATION SYSTEMS SECURITY CERTIFICATIONS CONSORTIUM, | : |
| Plaintiff, | : Case No. 2:07cv1195 |
| vs. | : Judge JUDGE MARBLEY |
| MIKO DEGRAPHENREED, et al. | : Magistrate Judge MAGISTRATE JUDGE KING |
| Defendant. | : |

**CERTIFICATE OF TRIAL ATTORNEY**

Pursuant to Local Civ. R. 65.1, I, Craig R. Carlson, as Trial Attorney for Plaintiff, International Information Systems Security Certifications Consortium ("(ISC)$^2$"), state as follows:

1. On September 11, 2007, I sent a final cease and desist letter and preliminary copy of a Complaint seeking relief for Trademark Infringement to Defendant Miko Degraphenreed via certified mail at his last known address. On or about September 28, 2007, this package was returned by the U.S. Postal Service as unclaimed. Due to the unknown whereabouts of Mr. Degraphenreed, no further efforts have been made to contact him.

2. On the morning of November 16, 2007, I attempted to contact General Counsel for Defendant Google, Kent Walker, via telephone. My message informed Mr. Walker that ("(ISC)$^2$") intended to file its Complaint and Motion for a Temporary Restraining Order and Preliminary Injunction with the Court on Friday, November 16, 2007. I further indicated that ("(ISC)$^2$") would send a PDF copy of the papers to him at the email address provided in his

voicemail message. I further informed Mr. Walker that we intended to schedule an informal preliminary conference with the Court for Tuesday, November 20, 2007.

      3. On the morning of November 16, 2007, I attempted to contact General Counsel for Defendant Yahoo, Michael J. Callahan, via telephone. However, his name did not register with the company directory. Accordingly, I will fax to the Yahoo corporate office and email to an address believed to belong to Mr. Callahan a copy of the papers filed in this action. These papers will be accompanied by a letter informing Mr. Callahan that we intend to schedule an informal preliminary conference with the Court for Tuesday, November 20, 2007, that I will notify Mr. Callahan of the time, and that Mr. Callahan could participate in person or by telephone.

      Respectfully submitted,

Craig R. Carlson, (0055415)
Porter Wright Morris & Arthur, LLP
41 South High Street
Columbus, OH 43215
Telephone: (614) 227-2163
Facsimile: (614) 227-2100
E-Mail: ccarlson@porterwright.com

*Trial Attorney for Plaintiff International Information Systems Security Certifications Consortium*

Of Counsel
Joshua A. Kimsey
Porter Wright Morris & Arthur, LLP
41 South High Street
Columbus, OH 43215
Telephone: (614) 227-2077
Facsimile: (614) 227-2100
E-Mail: jkimsey@porterwright.com

*Counsel for Plaintiff International Information Systems Security Certifications Consortium*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Certificate of Trial Attorney was served by overnight U.S. Mail, facsimile, or email this 16th day of November, 2007 upon the following:

Kent Walker, Esq.
Vice President & General Counsel
Google, Inc.
Corporate Counsel's Office
1600 Amphitheatre Parkway
Mountain View, CA 94043

Michael J. Callahan, Esq.
Executive Vice President, General Counsel and Secretary
Yahoo! Inc.
701 First Avenue
Sunnyvale, CA 94089

_____
Craig R. Carlson