IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL INFORMATION SYSTEMS SECURITY CERTIFICATIONS CONSORTIUM, | ) CASE NO. 2:07-cv-01195 ) ) JUDGE ALGENON L. MARBLEY |
| Plaintiff, | ) Magistrate Judge Norah McCann King ) |
| v. | ) **NOTICE OF APPEARANCE** ) |
| MIKO DEGRAPHENREED, et al., | ) ) |
| Defendants. | ) ) |

PLEASE TAKE NOTICE THAT Robert J. Hanna, Michael Anderton, and Benjamin C. Sassé of the law firm of Tucker Ellis & West LLP hereby enter their appearance as counsel for Defendant Google, Inc. ("Google). Please serve all future notices, pleadings, and other documents on Google via the Court's Electronic Filing System or at the following address:

>   Robert J. Hanna, Esq.
>   Michael Anderton, Esq.
>   Benjamin C. Sassé, Esq.
>   Tucker Ellis & West LLP
>   1150 Huntington Building
>   925 Euclid Avenue
>   Cleveland, OH  44115-1414

>                                         Respectfully submitted,
>
>                                         s/ *Benjamin C. Sassé*
>                                         Robert J. Hanna (0037230)
>                                         Michael Anderton (0061783)
>                                         Benjamin C. Sassé (0072856)
>                                         Tucker Ellis & West LLP
>                                         1150 Huntington Building
>                                         925 Euclid Avenue
>                                         Cleveland, OH 44115-1414
>                                         Telephone:  216.592.5000
>                                         Telefax:      216.592.5009
>                                         Email:        robert.hanna@tuckerellis.com
>                                                          michael.anderton@tuckerellis.com
>                                                          benjamin.sasse@tuckerellis.com
>
>                                         *Attorneys for Defendant Google, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2007, a copy of the foregoing **NOTICE OF APPEARANCE** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ *Benjamin C. Sassé*
Robert J. Hanna (0037230)
Michael Anderton (0061783)
Benjamin C. Sassé (0072856)
Tucker Ellis & West LLP
1150 Huntington Building
925 Euclid Avenue
Cleveland, OH 44115-1414
Telephone:  216.592.5000
Telefax:    216.592.5009
Email:      robert.hanna@tuckerellis.com
            michael.anderton@tuckerellis.com
            benjamin.sasse@tuckerellis.com

*Attorneys for Defendant Google, Inc.*

970811.1