AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of OHIO

International Information Systems Security
Certifications Consortium

V.

Miko Degraphenreed, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07-cv-1195

TO: (Name and address of Defendant)

Miko Degraphenreed
884 N. 22nd Street
Columbus, Ohio 43219

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Craig R. Carlson
Porter Wright Morris & Arthur
41 South High Street
Columbus, Ohio 43215

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

James Bonini, Clerk
CLERK

(By) DEPUTY CLERK

DATE 11/21/2007