IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| INTERNATIONAL INFORMATION SYSTEMS SECURITY CERTIFICATIONS CONSORTIUM, | : : : : | |
| Plaintiff, | : : | Case No. C2-07-1195 |
| v. | : : | JUDGE ALGENON L. MARBLEY |
| MIKO DEGRAPHENREED, *et. al.*, | : : : | Magistrate Judge |
| Defendants. | : | |

## ORDER

This matter is before the Court on Plaintiff International Information Systems Security Certification Consortium's ("(ISC)²") Motion for a Temporary Restraining Order ("TRO"). (ISC)² alleges that Google, Inc. ("Google"), and Yahoo!, Inc. ("Yahoo!") infringed upon its federally registered trademark in violation of §32(1) of the Langham Act, 15 U.S.C. § 1114(1). (ISC)² asks the Court to enjoin Google and Yahoo! to delete or remove content posted by Miko Degraphenreed ("Degraphenreed") infringing upon (ISC)²'s trademark from websites under their control. For the reasons stated at the TRO hearing, the Court **DENIES** (ISC)²'s motion and sets forth the following schedule for a preliminary injunction hearing:

December 3, 2007          Parties submit their opening briefs.

December 10, 2007         Parties submit their reply briefs.

December 19, 2007         Preliminary Injunction Hearing at **9:00 a.m.** before the Honorable Algenon L. Marbley, United States District Court, 85 Marconi Boulevard, Room 331, Columbus, Ohio 43215.

**IT IS SO ORDERED.**

                                               s/Algenon L. Marbley  
                                               **ALGENON L. MARBLEY**  
                                               **UNITED STATES DISTRICT JUDGE**

**DATED:   November 21, 2007**