IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| International Information Systems Security Certifications Consortium | : | |
| | : | |
| Plaintiff, | : | Case No.: 2:07-cv-1195 |
| | : | |
| v. | : | Judge Marbley |
| | : | |
| Miko Degraphenreed, et al. | : | Magistrate Judge King |
| | : | |
| Defendants. | : | |

**WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION**

Now comes Plaintiff International Information Systems Security Certifications Consortium, by and through counsel, and hereby withdraws its Motion for Preliminary Injunction against Defendants Google and Yahoo, filed as Doc # 3, and scheduled for hearing on December 19, 2007. All rights reserved.

Respectfully submitted,

s/Craig R. Carlson by Joshua A. Kimsey
Craig R. Carlson (0055415)
Porter, Wright, Morris & Arthur, LLP
41 South High Street
Columbus, OH 43215
Phone: (614) 227-2163
Fax: (614) 227-2100
E-mail: ccarlson@porterwright.com

*Trial Attorney for Plaintiff
International Information Systems
Security Certifications Consortium*

-2-

Of Counsel
Joshua A. Kimsey (0080668)
Porter, Wright, Morris & Arthur, LLP
41 South High Street
Columbus, OH 43215
Phone: (614) 227-2077
Fax: (614) 227-2100
E-mail: jkimsey@porterwright.com

*Counsel for Plaintiff*
*International Information Systems*
*Security Certifications Consortium*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was duly served by ordinary U.S. mail, first class postage prepaid, or electronically through the Court's ECF System at the email addresses registered with the Court, upon the following parties this <u>28th</u> day of November, 2007:

<u>s/Craig R. Carlson by Joshua A. Kimsey</u>
Craig R. Carlson

Benjamin C. Sasse
A. Michael Anderton
Robert J. Hanna
TUCKER ELLIS & WEST, LLP
925 Euclid Avenue, Suite 1150
Cleveland, OH 44115-1475
*Attorneys for Defendant Google, Inc.*

Michael H. Page
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111-1704
*Attorney for Defendant Google, Inc.*

Howard S. Michael
BRINKS HOFER GILSON & LIONE
455 N. Cityfront Plaza Drive, Suite 3600
Chicago, IL 60611-5599
*Attorney for Defendant Yahoo!, Inc.*

Douglas L. Rogers
VORYS, SATER, SEYMOUR & PEASE, LLP
52 East Gay Street
Columbus, OH 43216-1008
*Attorney for Defendant Yahoo!, Inc.*