# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION AT COLUMBUS

International Information Systems Security
Certification    Consortium
     vs                                                Case No.C2-07-cv-1195

Miko Degraphenreed, et al

## CERTIFICATE OF MAILING BY CLERK

**Certified mail service** has been done by the Clerk, U.S. District Court on December ,18 2007. A copy of the summons and the complaint was mailed to the following :

Miko Degraphenreed
3502 E. 39th Street
Indianapolis, IN 46205
#7003 2260 0000 2527 2390

Miko Degraphenreed
40 W. Long St, Ste 784
Columbus, OH 43215
#7003 2260 0000 2527 2413

Miko Degraphenreed
884 N. 22nd St
Columbus, OH 43219
#7003 2260 0000 2527 2406

                                                      James Bonini, Clerk

                                                      By: __S/Rashan Spraggins_____
                                                           Rashan Spraggins  , Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

International Information Systems Security
Certification   Consortium
     vs                                                   Case No.C2-07-cv-1195

Miko Degraphenreed, et al

**CERTIFICATE OF MAILING BY CLERK**

**Certified mail service** has been done by the Clerk, U.S. District Court on December ,18

2007.  A copy of the summons and the complaint was mailed to the following :

Miko Degraphenreed
3502 E. 39th Street
Indianapolis, IN 46205
#7003 2260 0000 2527 2390

Miko Degraphenreed
40 W. Long St, Ste 784
Columbus, OH 43215
#7003 2260 0000 2527 2413

Miko Degraphenreed
884 N. 22nd St
Columbus, OH 43219
#7003 2260 0000 2527 2406

James Bonini, Clerk

By: __S/Rashan Spraggins_____
      Rashan Spraggins  , Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

International Information Systems Security
Certification   Consortium
     vs                                         Case No.C2-07-cv-1195

Miko Degraphenreed, et al

**CERTIFICATE OF MAILING BY CLERK**

      **Certified mail service** has been done by the Clerk, U.S. District Court on December ,18

2007.  A copy of the summons and the complaint was mailed to the following :

Miko Degraphenreed
3502 E. 39th Street
Indianapolis, IN 46205
#7003 2260 0000 2527 2390

Miko Degraphenreed
40 W. Long St, Ste 784
Columbus, OH 43215
#7003 2260 0000 2527 2413

Miko Degraphenreed
884 N. 22nd St
Columbus, OH 43219
#7003 2260 0000 2527 2406

                                       James Bonini, Clerk

                                       By: __S/Rashan Spraggins_____
                                             Rashan Spraggins  , Deputy Clerk