FILED
JAMES BONINI
CLERK

2007 DEC 24  A 11: 46

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

International Information Systems Security Certifications Consortium v. Degraphenreed et al    Doc. 14

FIRST CLASS MAIL

United States District Court
Southern District of Ohio
Room 260
85 Marconi Blvd
Columbus, Ohio  43215

First Class Postage

CERTIFIED MAIL –RETURN RECEIPT REQUESTED

RTS
RETURN TO SENDER

☐ OTHER

A ☐ INSUFFICIENT ADDRESS
C ☐ ATTEMPTED NOT KNOWN
  ☐ NO SUCH NUMBER/ STREET
S ☒ NOT DELIVERABLE AS ADDRESSED
  ☐ UNABLE TO FORWARD

7003 2260 0000 2527 2406

USA

**FIRST CLASS MAIL**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Miko Degraphenreed
    884 N. 22nd st.
    Columbus, Ohio 43219

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below.    ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

   7003 2260 0000 2527 2406

PS Form 3811, February 2004    Domestic Return Receipt    07-1195    102595-02-M-1540

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of OHIO

International Information Systems Security
Certifications Consortium

V.

Miko Degraphenreed, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07-cv-1195

TO: (Name and address of Defendant)

Miko Degraphenreed
884 N. 22nd Street
Columbus, Ohio 43219

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Craig R. Carlson
Porter Wright Morris & Arthur
41 South High Street
Columbus, Ohio 43215

an answer to the complaint which is served on you with this summons, within **twenty (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

James Bonini, Clerk

11/21/2007

CLERK                                                              DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12/24/07 |
| NAME OF SERVER (PRINT) Eduardo Rivera | TITLE Deputy Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: on 12/24/07 to Miko Degraphenreed at 884 N. 22 St., Col., OH 43219

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is ~~true and correct~~.

Executed on 12/24/07
_Date_

Signature of Server

Address of Server:
USDC - So Dist of Ohio
85 Marconi Blvd.
Rm 260
Columbus, OH 43215

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.