IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

International Information Systems Security
Certification   Consortium
vs                                    Case No.C2-07-cv-1195

Miko Degraphenreed, et al

CERTIFICATE OF MAILING BY CLERK

**Certified mail service** has been done by the Clerk, U.S. District Court on December 18, 2007. A copy of the summons and the complaint was mailed to the following:

Miko Degraphenreed
3502 E. 39th Street
Indianapolis. IN 46205
#7003 2260 0000 2527 2390

Miko Degraphenreed
40 W. Long St, Ste 784
Columbus, OH 43215
#7003 2260 0000 2527 2413

Miko Degraphenreed
884 N. 22nd St
Columbus, OH 43219
#7003 2260 0000 2527 2406

James Bonini, Clerk

By: __S/Rashan Spraggins_____
        Rashan Spraggins , Deputy Clerk

UTF



DEGR502* 462052002 1706 11 12/21/07
FORWARD TIME EXP RTN TO SEND
DEGRAPHENREED
40 W LONG ST #784
COLUMBUS OH 43215-2817

RETURN TO SENDER

CERTIFIED MAIL –RETURN RECEIPT REQUESTED

First Class Postage

United States District Court
Southern District of Ohio
Room 260
85 Marconi Blvd
Columbus, Ohio 43215

FIRST CLASS MAIL

7003 2260 0000 2527 2390



- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Miko Degraphenreed
3502 E. 39th St.
Indianapolis, IN 46205

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7003 2260 0000 2527 2390

07-1195

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

DuPont™
Tyvek®
Protect What's Inside.