**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **INTERNATIONAL INFORMATION SYSTEMS SECURITY CERTIFICATIONS CONSORTIUM, INC.** | **CIVIL ACTION NO.: 2:07-cv-1195** |
| *PLAINTIFF*, | |
| **V.** | **JUDGE: ALGENON L. MARBLEY** |
| **MIKO DEGRAPHENREED, ET AL.** | **NOTICE OF APPEARANCE OF COUNSEL** |
| *DEFENDANTS.* | |

**PLEASE TAKE NOTICE,** that Douglas L. Rogers of Vorys Sater Seymour and Pease LLP enters his appearance as counsel for Defendant Yahoo! Inc. in this matter. Please include Douglas L. Rogers on all future notices, pleadings and filings via the Court's Electronic Filing System or at the address listed below.

Dated:     January 7, 2008                         Respectfully submitted,

VORYS SATER SEYMOUR AND PEASE LLP

By:  /s/ Douglas L. Rogers_____
        Douglas L. Rogers (0008125)
        Email: dlrogers@vssp.com
        Vorys Sater Seymour and Pease LLP
        Box 1008
        52 E Gay Street
        Columbus, OH 43216-1008
        (614) 464-5407 (direct)
        (614) 464-6400 (office)
        Fax: (614) 719-4928
        ATTORNEYS FOR YAHOO! INC.

Dockets.Justia.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 7, 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which will send notification electronically of such filing to registered counsel for Plaintiff and Defendants.

/s/ Douglas L. Rogers
Douglas L. Rogers