

7003 2260 0000 2527 2413





049J62041197

$06.11⁰

Mailed From 43215
US POSTAGE

# FIRST CLASS MAIL

United States District Court
Southern District of Ohio
Room 260
85 Marconi Blvd
Columbus, Ohio 43215

*First Class Postage*

**CERTIFIED MAIL –RETURN RECEIPT REQUESTED**

MIKO DEGRAPHENREED
40 W. LONG ST., SUITE 784
COLUMBUS, OHIO 43215



☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN    ☐ OTHER
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
 - UNABLE TO FORWARD




RTS
RETURN TO SENDER



UNCLAIMED

International Northern Systems Security Certifications Consortium v. Degraphenreed et al

Doc. 17 Att. 1

FIRST CLASS MAIL

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Miko Degraphenreed<br>40 W. Long St., Ste 784<br>Columbus, Ohio  43215 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 2260 0000 2527 2413 |

PS Form 3811, February 2004   Domestic Return Receipt   07-1195   102595-02-M-1540



FILED
JAMES BONINI
CLERK

08 JAN -7 PM 12:19
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS