IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| International Information Systems Security Certifications Consortium | : | |
| Plaintiff, | : | Case No. 2:07-cv-01195 |
| -vs- | : | District Judge A. L. Marbley |
| Miko Degraphenreed, Degrapheinread Information Systems Security Corporation, Google, Inc., and Yahoo! Inc. | : | Magistrate Judge N. M. King |
| Defendant. | : | |

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S. D. Ohio Civ. R. 83.4(c), __Douglas L. Rogers__, trial attorney for __Yahoo! Inc.__ in the above-captioned action, hereby moves the court to admit __David S. Fleming__ pro hac vice to appear and participate as counsel or co-counsel in this case for __Yahoo! Inc.__.

Movant represents that __David S. Fleming__ is a member in good standing of the highest court of __Illinois__ as attested by the accompanying certificate from that court and that __David S. Fleming__ is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required $200.00 fee.

__David S. Fleming__ understands that, unless expressly excused, he or she must register for electronic filing with this Court promptly upon the granting of this Motion.

__David S. Fleming__ 's relevant identifying information is as follows:

Business telephone    312.321.4200        Business fax    312.321.4299

Business address    BRINKS HOFER GILSON & LIONE, NBC Tower, Suite 3600,
455 N. Cityfront Plaza Drive, Chicago, Illinois  60611

Business e-mail address    dfleming@brinkshofer.com

*/s/ Douglas L. Rogers*
Douglas L. Rogers (0008125)
Vorys, Sater, Seymour and Pease LLP
52 E. Gay Street, P.O. Box 1008
Columbus, OH 43216-1008
Trial attorney for Yahoo! Inc.
(614) 464-5407

## CERTIFICATE OF SERVICE

      I hereby certify that on January 7, 2008, I electronically filed the foregoing Motion for Admission Pro Hac Vice of David S. Fleming with the Clerk of Court using the CM/ECF system, which will send notification electronically of such filing to registered counsel for Plaintiff and Defendants.

                                            /s/ Douglas L. Rogers
                                            Douglas L. Rogers

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

David Stewart Fleming

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 5, 1981 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Thursday, November 29, 2007.

*Juleann Hornyak*
Clerk