# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

International Information Systems Security          :
Certifications Consortium

                Plaintiff,          :          Case No.          2:07-cv-01195

        -vs-          :          District Judge          A. L. Marbley

Miko Degraphenreed, Degrapheinread Information          Magistrate Judge   N. M. King
Systems Security Corporation, Google, Inc., and :
Yahoo! Inc.

          Defendant.          :


## MOTION FOR ADMISSION *PRO HAC VICE*

    Pursuant to S. D. Ohio Civ. R. 83.4(c), Douglas L. Rogers,
trial attorney for Yahoo! Inc. in the above-captioned action, hereby moves the
court to admit Howard S. Michael pro hac vice to appear and participate as
counsel or co-counsel in this case for Yahoo! Inc.

    Movant represents that Howard S. Michael is a member in good standing
of the highest court of Illinois as attested by the accompanying certificate from that
court and that Howard S. Michael is not eligible to become a member of the
permanent bar of this Court. This Motion is accompanied by the required $200.00 fee.

    Howard S. Michael understands that, unless expressly excused, he or
she must register for electronic filing with this Court promptly upon the granting of this Motion.

    Howard S. Michael 's relevant identifying information is as follows:

Business telephone    312.321.4200          Business fax    312.321.4299

Business address      BRINKS HOFER GILSON & LIONE, NBC Tower, Suite 3600,
455 N. Cityfront Plaza Drive, Chicago, Illinois  60611

Business e-mail address      hmichael@brinkshofer.com


Douglas L. Rogers (0008125)
Vorys, Sater, Seymour and Pease LLP
52 E. Gay Street, P.O. Box 1008
Columbus, OH  43216-1008
Trial attorney for Yahoo! Inc.
(614) 464-5407

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2008, I electronically filed the foregoing Motion for Admission Pro Hac Vice of Howard S. Michael with the Clerk of Court using the CM/ECF system, which will send notification electronically of such filing to registered counsel for Plaintiff and Defendants.

/s/ Douglas L. Rogers
Douglas L. Rogers

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Howard S. Michael

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 5, 1998 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Thursday, November 29, 2007.

*Juleann Hornyak*

Clerk