IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

INTERNATIONAL INFORMATION SYSTEMS
SECURITY CERTIFICATIONS CONSORTIUM,

        Plaintiff,

  vs.                    Civil Action 2:07-CV-1195
                           Judge Marbley
                           Magistrate Judge King

MIKO DEGRAPHENREED, *et al.*,

        Defendants.

## ORDER

      Upon motions, Doc. Nos. 18, 19, David S. Fleming, Esq., and Howard S. Michael, Esq., are hereby **GRANTED** leave to appear *pro hac vice*, on behalf of defendant Yahoo! Incorporated, conditional on counsels' registration for electronic filing with this Court,[1] or seeking leave to be excused from doing so, within fourteen days of the date of this Order.

January 8, 2008                              *s/Norah McCann King*
                                              Norah McCann King
                                       United States Magistrate Judge

---

[1] Counsel may initiate the registration process at this Court's website, http://www.ohsd.uscourts.gov/cmecf.htm. Problems or questions should be directed to Ms. Lisa Wright, 614.719.3222.