# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| International Information Systems Security Certifications Consortium | : : : | |
| Plaintiff, | : : | Case No.: 2:07-cv-1195 |
| v. | : : | Judge Marbley |
| Miko Degraphenreed, et al. | : : | Magistrate Judge King |
| Defendants. | : : | |

## MOTION TO DISMISS DEFENDANT GOOGLE, INC.

Pursuant to Rule 41(a)(2), Plaintiff International Information Systems Security Certifications Consortium, moves this Court for an Order dismissing all claims against Defendant Google, Inc., with prejudice. A brief memorandum in support of this motion is attached. A proposed order will be separately forwarded to the Court's chambers.

Respectfully submitted,

  s/Craig R. Carlson by Joshua A. Kimsey
Craig R. Carlson (0055415)
Porter, Wright, Morris & Arthur, LLP
41 South High Street
Columbus, OH  43215
Phone: (614) 227-2163
Fax: (614) 227-2100
E-mail: ccarlson@porterwright.com

*Trial Attorney for Plaintiff*
*International Information Systems*
*Security Certifications Consortium*

-2-

Of Counsel
Joshua A. Kimsey (0080668)
Porter, Wright, Morris & Arthur, LLP
41 South High Street
Columbus, OH  43215
Phone: (614) 227-2077
Fax: (614) 227-2100
E-mail: jkimsey@porterwright.com

*Counsel for Plaintiff*
*International Information Systems*
*Security Certifications Consortium*

## **MEMORANDUM IN SUPPORT**

The present action alleges that Defendants Degraphenreed and Degrapheinread Information Systems Security Corporation (DISS Corp.) have been and are engaged in activities that infringe Plaintiff's federally-registered trademark. The Complaint asserts trademark infringement, unfair competition and false designation, dilution, and other claims against Degraphenreed and DISS Corp.

The Complaint also alleges that Defendants Google, Inc. and Yahoo!, Inc. contributed to Degraphenreed's and DISS Corp.'s infringement by providing the method and platform for publication of infringing materials on the Internet. Plaintiff sought only injunctive relief against Defendants Google and Yahoo, requiring the removal of existing infringing material from the Internet and prevention of posting of future infringing material. Plaintiff does not seek direct damages from Google or Yahoo.

During the period since this action was filed on November 16, 2007, the infringing material contained on websites hosted or published by Defendant Google has been removed. Because the material that Plaintiff alleged constituted contributory infringement by Google is no longer on the Internet, there is no need for this action to proceed against Google. Therefore, Plaintiff seeks to dismiss its claims against Google with prejudice, while proceeding against the remaining Defendants.[1]

---

[1] Counsel for Plaintiff contacted counsel for Defendant Yahoo regarding this motion. Yahoo's counsel responded that it has no objection to the dismissal of Google from this action.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was duly served by ordinary U.S. mail, first class postage prepaid, or electronically through the Court's ECF System at the email addresses registered with the Court, upon the following parties this 10th day of January, 2007:

          s/Craig R. Carlson by Joshua A. Kimsey
          Craig R. Carlson

  Benjamin C. Sasse
  A. Michael Anderton
  Robert J. Hanna
  TUCKER ELLIS & WEST, LLP
  925 Euclid Avenue, Suite 1150
  Cleveland, OH 44115-1475
  *Attorneys for Defendant Google, Inc.*

  Michael H. Page
  KEKER & VAN NEST, LLP
  710 Sansome Street
  San Francisco, CA 94111-1704
  *Attorney for Defendant Google, Inc.*

  Howard S. Michael
  David S. Fleming
  BRINKS HOFER GILSON & LIONE
  455 N. Cityfront Plaza Drive, Suite 3600
  Chicago, IL 60611-5599
  *Attorney for Defendant Yahoo!, Inc.*

  Douglas L. Rogers
  VORYS, SATER, SEYMOUR & PEASE, LLP
  52 East Gay Street
  Columbus, OH 43216-1008
  *Attorney for Defendant Yahoo!, Inc.*