```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

**INTERNATIONAL INFORMATION SYSTEMS**
**SECURITY CERTIFICATIONS CONSORTIUM,**

      Plaintiff,

  vs.                        Civil Action 2:07-CV-1195
                               Judge Marbley
                               Magistrate Judge King

**MIKO DEGRAPHENREED,** *et al.*,

      Defendants.

## ORDER

      Plaintiff's motion, Doc. No. 22, to voluntarily dismiss with prejudice all claims against defendant Google, Inc., is hereby **GRANTED.**

      Defendant Google, Inc. is hereby **DISMISSED** as a defendant in this action.

<u>January 11, 2008</u>                        <u>*s/Norah McCann King*</u>
                                               Norah McCann King
                                   United States Magistrate Judge