IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
JAMES BONINI
CLERK

2008 JAN 22 P 3: 54

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST DIV. COLUMBUS

International Information Systems :
Security Certifications Consortium :
:
    Plaintiff, : Case No.: 2:07-cv-1195
:
v. : Judge Marbley
:
Miko Degraphenreed, et al. : Magistrate Judge King
:
    Defendants. :

### REQUEST FOR ORDINARY MAIL SERVICE

Pursuant to S.D. Ohio Civ. R. 4.2(c), as a result of failure of personal service and certified mail service, Plaintiff International Information Systems Security Certifications Consortium, requests that the Clerk issue service by ordinary mail at the following addresses:

Miko Degraphenreed
3502 E. 39th Street
Indianapolis, IN 46205

Miko Degraphenreed
40 W. Long St., Ste. 784
Columbus, OH 43215

Miko Degraphenreed
884 N. 22nd Street
Columbus, OH 43219

Postage-paid envelopes containing the summons and complaint and a Certificate of Mailing are included with this request.

Respectfully submitted,

  s/Craig R. Carlson by Joshua A. Kimsey
Craig R. Carlson (0055415)
Porter, Wright, Morris & Arthur, LLP
41 South High Street
Columbus, OH 43215
Phone: (614) 227-2163
Fax: (614) 227-2100
E-mail: ccarlson@porterwright.com

*Trial Attorney for Plaintiff*
*International Information Systems*
*Security Certifications Consortium*

Of Counsel
Joshua A. Kimsey (0080668)
Porter, Wright, Morris & Arthur, LLP
41 South High Street
Columbus, OH 43215
Phone: (614) 227-2077
Fax: (614) 227-2100
E-mail: jkimsey@porterwright.com

*Counsel for Plaintiff*
*International Information Systems*
*Security Certifications Consortium*