IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
JAMES BONINI
CLERK
2008 JAN 22 P 3: 54
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| International Information Systems Security Certifications Consortium | : : : |
| Plaintiff, | : Case No.: 2:07-cv-1195 |
| v. | : Judge Marbley |
| Miko Degraphenreed, et al. | : Magistrate Judge King |
| Defendants. | : : |

### CERTIFICATE OF MAILING BY CLERK

**Ordinary mail service** has been done by the Clerk, U.S. District Court on January 23, 2007. A copy of the summons and complaint was mailed to the following:

Miko Degraphenreed
3502 E. 39th Street
Indianapolis, IN 46205

Miko Degraphenreed
40 W. Long St., Ste. 784
Columbus, OH 43215

Miko Degraphenreed
884 N. 22nd Street
Columbus, OH 43219

James Bonini, Clerk

By: _____
Deputy Clerk

-3-