IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


International Information Systems
Security Certifications Consortium,   :

               Plaintiff,             :        Case No. 2:07-cv-1195

        v.                            :        Judge Marbley

Miko Degraphenreed, et al.,           :        Magistrate Judge King

               Defendants.

## ORDER

Attorney David S. Fleming has appeared in this case but is not registered for electronic filing. The Clerk has notified that attorney of the need to register for electronic filing. This Court's Electronic Filing Policies and Procedures Manual, which can be found at www.ohsd.uscourts.gov, the Court's web site, provides that all documents filed in this Court shall be filed electronically, and that exceptions may be made only upon the filing of a motion to be excused from electronic filing. Attorney David S. Fleming is hereby directed to register to file electronically within ten (10) days of this Order.

Absent registration for electronic filing, or the submission of a motion to be excused from that requirement, the attorney who is the subject of this order will not be permitted to file documents in this case. Because the Court also sends notice of the entry of orders by electronic means, any attorney not registered for electronic filing may not receive further notices or orders from the Court.


January 24, 2008                      *s/Norah McCann King*
                                      United States Magistrate Judge