**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| International Information Systems Security Certifications Consortium, | |
| Plaintiff, | Case No.: 2:07-cv-1195 |
| v. | Judge: Algenon L. Marbley |
| Miko Degraphenreed, Degrapheinread Information Systems Security Corporation, c/o Miko Degraphenrred and Yahoo! Inc., | Magistrate Judge: Norah McCann King |
| Defendants. | |

**STIPULATED 20-DAY EXTENSION OF TIME FOR DEFENDANT YAHOO! INC. TO MOVE, ANSWER OR OTHERWISE RESPOND**

Pursuant to Local Rule 6.1, plaintiff and Defendant Yahoo! Inc. stipulate that Yahoo! Inc. has a 20-day extension of time to move, answer or otherwise respond to plaintiff's complaint until February 18, 2008. There has been no prior stipulated extension of time to Yahoo!.

Respectfully submitted,

s/Craig R. Carlson/
Craig R. Carlson (0055415)
PORTER, WRIGHT, MORRIS & ARTHUR, LLP
41 South High Street
Columbus, Ohio 43215
Phone; (614) 227-2163
Facsimile: (614) 227-2100
Email: ccarlson@porterwright.com

*Attorney for Plaintiff*
*International Information Systems*
*Security Certifications Consortium*

Of Counsel:
Joshua A. Kimsey (0080668)
PORTER, WRIGHT, MORRIS & ARTHUR, LLP
41 South High Street
Columbus, Ohio 43215
Phone: (614) 227-2077
Facsimile: (614) 227-2100
Email: jkimsey@porterwright.com

*Attorney for Plaintiff*
*International Information Systems*
*Security Certifications Consortium*

s/Howard S. Michael/
Douglas L. Rogers
VORYS, SATER, SEYMOUR & PEASE, LLP
52 East Gay Street
Columbus, Ohio 43216-1008

*Attorney for Defendant Yahoo! Inc.*

Of Counsel:
David S. Fleming (6180222)
Howard S. Michael (6256396)
BRINKS HOFER GILSON & LIONE
455 North Cityfront Plaza Drive, Suite 3600
Chicago, Illinois 60611-5599
Phone: (312) 321-4200
Facsimile: (312) 321-4299
Email: hmichael@brinkshofer.com

*Attorney for Defendant Yahoo! Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was duly served electronically through the Court's ECF System at the email addresses registered with the Court, upon the following parties this 28th day of January, 2008:

>Craig R. Carlson
>Joshua A. Kimsey
>PORTER, WRIGHT, MORRIS & ARTHUR, LLP
>41 South High Street
>Columbus, Ohio  43215
>
>*Counsel for Plaintiff*
>*International Information Systems*
>*Security Certifications Consortium*

s/Howard S. Michael/