International Information Systems Security Certifications Consortium v. Degraphenreed et al          Doc. 28 Att. 1



**U.S. DISTRICT COURT
85 MARCONI BLVD.
Columbus, Ohio 43215**

*First Class Postage*

Miko Degraphenreed
40 W. Long St., Ste. 784
Columbus, Ohio 43215



RTS — RETURN TO SENDER



A C S
☐ INSUFFICIENT ADDRESS      ☐ OTHER
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NO DELIVERABLE AS ADDRESSED
☒ NOT DELIVERABLE
  - UNABLE TO FORWARD

Dockets.Justia.com