

INSUFFICIENT ADDRESS
ATTEMPTED NOT KNOWN
NO SUCH NUMBER/STREET
NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD
☐ OTHER

RTS RETURN TO SENDER

FILED
JAMES BONINI
CLERK

08 JAN 31 AM 11:21

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

U.S. DISTRICT COURT
85 MARCONI BLVD.
Columbus, Ohio 43215

First Class Postage

Miko Degraphenreed
884 N. 22nd St.
Columbus, Ohio 43219

