AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of OHIO

International Information Systems Security
Certifications Consortium

V.

Miko Degraphenreed, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07-cv-1195

TO: (Name and address of Defendant)

Miko Degraphenreed
3502 E. 39th Street
Indianapolis, IN 46205

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Craig R. Carlson
Porter Wright Morris & Arthur, LLP
41 South High Street
Columbus, Ohio 43215

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

James Bonini, Clerk

CLERK

11/28/07

DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 2/11/2008 |
| NAME OF SERVER *(PRINT)* Kristen Keppler | TITLE | Deputy Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☒ Returned unexecuted: Ordinary mail returned - NOT DELIVERABLE AS ADDRESSED

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/11/2008
             Date

/s/ Kristen Keppler
*Signature of Server*

Joseph P. Kinneary US Courthouse, Room 260
85 Marconi Blvd., Columbus, OH 43215
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure