International Information Systems Security Certifications Consortium v. Degraphenreed et al. Doc. 32 Att. 1

RETURN TO SENDER

2008 FEB 11 P 1:57
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

**U.S. DISTRICT COURT**
**85 MARCONI BLVD.**
**Columbus, Ohio 43215**

*First Class Postage*

Miko Degraphenreed
3502 E. 39th Street
Indianapolis, IN 46205

DEGR502* X462053024 1706 14 02/05/08
RETURN TO SENDER
DEGRAPHENREED
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
RETURN TO SENDER

NMK