**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**INTERNATIONAL INFORMATION SYSTEMS
SECURITY CERTIFICATIONS CONSORTIUM,**

        **Plaintiff,**

  **vs.**　　　　　　　　　　　　　　**Civil Action 2:07-CV-1195
　　　　　　　　　　　　　　　　　Judge Marbley
　　　　　　　　　　　　　　　　　Magistrate Judge King**

**MIKO DEGRAPHENREED, *et al.*,**

        **Defendants.**

### ORDER

Upon plaintiff's unopposed motion, filed pursuant to F.R. Civ. P. 41(a)(2), Doc. No. 33, all claims against defendant Yahoo!, Inc. are **DISMISSED** with prejudice.


February 19, 2008　　　　　　　　　　*s/Norah McCann King*
　　　　　　　　　　　　　　　　　　Norah McCann King
　　　　　　　　　　　　　　　United States Magistrate Judge