## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| International Information Systems Security Certifications Consortium | : : : | |
| Plaintiff, | : : | Case No.: 2:07-cv-1195 |
| v. | : : | Judge Marbley |
| Miko Degraphenreed, et al. | : : | Magistrate Judge King |
| Defendants. | : : | |

### NOTICE OF SERVICE BY PUBLICATION

As detailed in Plaintiff International Information Systems Security Certifications Consortium's ("(ISC)$^2$") Motion for (1) Extension of Time to Serve Defendant Degraphenreed and (2) Service of Process by Publication (Doc. # 35), (ISC)$^2$ has attempted unsuccessfully to serve Defendant Degraphenreed with a summons and copy of the Complaint by personal, certified mail, and regular mail service. On March 19, 2008, the Court granted (ISC)$^2$'s motion and ordered service by publication on Degraphenreed under the procedures contained in Ohio Civil Rule 4.4(A). (Order, Doc. #36.)

In accordance with the Court's order, (ISC)$^2$ placed a notice of the action in *The Daily Reporter*, a newspaper of general circulation in Franklin County, to be published once a week for six consecutive weeks. The attached affidavit (Exh. A) from an employee of *The Daily Reporter* verifies that the notice was published once a week for six consecutive weeks, on April 9, 16, 23, 30, and May 7 and 14, 2008. Ohio Rule 4.4(A)(1) provides that service "shall be complete at the date of the last publication." Ohio Rule 4.4(A)(1) further states that an affidavit showing the fact of publication and a copy of the notice "shall constitute proof of service."

(ISC)[2] hereby submits this notice of service by publication, and the attached affidavit and copy of the published notice, in compliance with the Court's Order of March 19, 2008. Defendant's answer is required to be served by June 3, 2008, twenty days after the last day of publication.

Respectfully submitted,

s/*Craig R. Carlson* by Joshua A. Kimsey
Craig R. Carlson (0055415)
Porter, Wright, Morris & Arthur, LLP
41 South High Street
Columbus, OH 43215
Phone: (614) 227-2163
Fax: (614) 227-2100
E-mail: ccarlson@porterwright.com
*Trial Attorney for Plaintiff*
*International Information Systems*
*Security Certifications Consortium*

Of Counsel
Joshua A. Kimsey (0080668)
Porter, Wright, Morris & Arthur, LLP
41 South High Street
Columbus, OH 43215
Phone: (614) 227-2077
Fax: (614) 227-2100
E-mail: jkimsey@porterwright.com

*Counsel for Plaintiff*
*International Information Systems*
*Security Certifications Consortium*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was duly served by ordinary U.S. mail and by other electronic means pursuant to Rule 5(b)(2)(D) upon the following party this 27th day of May, 2008:

    s/*Craig R. Carlson* by Joshua A. Kimsey
Craig R. Carlson

Miko Degraphenreed
(last known address)
40 W. Long Street, Suite 784
Columbus, Ohio 43215
degrapmd@hotmail.com
*Pro se Defendant*