2:07-CV-1195

FILED
JAMES BONINI
CLERK

08 JUN -3 PM 1: 12

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

U.S. District Court
Southern District of Ohio

International Information Systems
Security Certifications Consortium

International Information Systems Security Certification Consortium v. Degraphenreed et al    Doc. 38

Plaintiff

v

Miko Degraphenreed et. al
Defendant

CAUSE NO. 2:07 CV-1195

Judge: Algenon L. Marbley
Magistrate: Norah M. King

## Motion to Appoint Counsel

Now comes Miko Degraphenreed Pro Se Defendant

in the above styled case respectfully requests the

Court to appoint Counsel.

## Certificate of Service

On June 3, 2008 this Motion was filed by Miko Degraphenreed

in person at the Clerk of Courts, 85 Marconi Blvd, Cols, Oh.

s/ Miko Degraphenreed
PRO Se Defendant
88 N. 22nd Street Apt 4
Columbus Ohio 43208-1929

Dockets.Justia.com