**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

International Information Systems Security
Certications Consortium

                     Plaintiff(s)

                                            **CASE NO.** 2:2:07-cv- 1195
                    vs.                                    District Judge Marbley
                                              Magistrate Judge King

Miko Degraphenreed, et al

                     Defendant(s)

# **NOTICE**

**PROCEEDING:**       **PRELIMINARY PRETRIAL CONFERENCE**

**PLACE:**                   **ROOM 235**
                                Kinneary U.S. Courthouse
                                85 Marconi Blvd., R-235
                                Columbus, OH 43215

**DATE/TIME:**         July 23, 2008 @ 3:15 p.m.

**PLEASE NOTE:**

     1. The report required by Rule 26(f) of the Federal Rules of Civil Procedure must be filed no fewer than seven (7) days prior to the pretrial conference. The required form can be found on the Court's website, www.ohsd.uscourts.gov  Click on "Forms" and then select "Rule 26(f) Report of the Parties (Eastern Division Only)."

     2. The Eastern Division General Order on Pretrial Conference can also be found on the Court's website.

     3. Any party may request that the conference be held by telephone. The requesting party must initiate the conference call to 614-719-3390. All parties must be given the opportunity to participate by telephone.

     4. Parties or principals are welcome, but not required, to attend the conference.

**DATE**: June 4, 2008                                    *s/John D. Miller*
                                                                John D. Miller, Courtroom Deputy
                                                                To Magistrate Judge King