**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**INTERNATIONAL INFORMATION SYSTEMS**
**SECURITY CERTIFICATIONS CONSORTIUM,**

      Plaintiff,

  vs.                                 Civil Action 2:07-CV-1195
                                        Judge Marbley
                                        Magistrate Judge King

**MIKO DEGRAPHENREED,** *et al.*,

      Defendants.

## ORDER

Because the action has not yet progressed to the point that the Court is able to evaluate the merits of defendant Miko Degraphenreed's defenses, the motion for appointment of counsel, Doc. No. 38, is **DENIED.** *See Henry v. City of Detroit Manpower Dept.*, 763 F.2d 757 (6th Cir. 1985).

If any party seeks reconsideration of this Order, that party may, within ten (10) days, file and serve on all parties a motion for reconsideration by the Court, specifically designating this Order, and the part thereof in question, as well as the basis for objection thereto. 28 U.S.C. §636(b)(1); Rule 72(a), F.R. Civ. Pro.; Eastern Division Order 91-3 (I)(F)(5).

June 4, 2008                                        *s/Norah McCann King*
                                                      Norah McCann King
                                          United States Magistrate Judge